# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN COOPER, :  Plaintiff, : | CIVIL ACTION |
| v. : | |
| JOHN WETZEL, et al., :  Defendants, : | NO. 20-cv-04595-RAL |

## **ORDER**

AND NOW this 11th day of July, 2022, pursuant to Federal Rule of Civil Procedure 52, upon careful consideration of the evidence presented in a bench trial on April 5, 2022, the parties' proposed findings of facts and conclusions of law (Doc. No. 77, 79, 80), and Defendant's motion for judgment as a matter of law (Doc. No. 77, 78) it is **ORDERED** that:

1. A verdict is entered in favor of Defendant Jaime Luquis, and Judgment is granted by separate Judgment, filed contemporaneously with this Order;

2. Defendant Jaime Luquis's motion for judgment as a matter of law is **DENIED** as moot; and,

3. The Clerk of Court shall mark this file closed.

BY THE COURT:

*/s/ Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**